Bench Warrant for Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>**TRANORRIS LAMAR JACKSON**<br>*Defendant* | )<br>)<br>) Case No. 5:19-cr-00045-MTT-CHW-1<br>)<br>) |

## BENCH WARRANT FOR ARREST

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **TRANORRIS LAMAR JACKSON**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

See Petition

This is a bench warrant issued at the direction of US MAGISTRATE JUDGE CHARLES H WEIGLE, Middle District of Georgia. No bail is allowed under the warrant unless permission of the Court in obtained.

Date: February 5, 2020

s/ Cheryl M. Alston
*Issuing officer's signature*

City and state: Macon, Georgia

Cheryl M. Alston, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |



Bench Warrant for Arrest (Page 2)

---

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **TRANORRIS LAMAR JACKSON**

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>TRANORRIS LAMAR JACKSON | NO. 5:19-CR-00045-001 (MTT) |

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW the undersigned Probation Officer presenting an official report upon the conduct of the above-named defendant who was placed under pretrial release by Julie S. Sneed, U.S. Magistrate in the Middle District of Florida on the 22nd day of August 2019, pursuant to an Order Setting Conditions of Release (doc. 9). On the 25th day September 2019, the defendant appeared for an Arraignment before Charles H. Weigle, U.S. Magistrate Judge. The Court advised the defendant that the Conditions of Release imposed from the Middle District of Florida were to remain in effect (doc. 16).

The undersigned shows to the court that the defendant has violated conditions of release in the following manner:

1. The pretrial releasee has failed to refrain from violation of the law, in violation of the standard condition number four. On or about December 31, 2019, the pretrial releasee committed the offense of Possession of Counterfeit U.S. Currency.

2. The pretrial releasee has failed to abide by all the rules and regulations of release in violation of special condition of release (f). On or about the following dates: October 31, 2019; November 1, 2019; November 6, 2019; November 7, 2019; November 8, 2019; November 11, 2019; November 15, 2019; November 18, 2019; November 19, 2019; November 21, 2019; November 22, 2019; November 24, 2019; November 25, 2019; November 27, 2019; and November 29, 2019, the pretrial releasee failed to failed to comply with the home detention program and was away from his residence without prior approval of the U.S. Probation Office.

Nature of Violation / USPO Action:
The defendant is currently being supervised in the Middle District of Florida on both pretrial and post-conviction supervision. As a condition of his post-conviction supervision, Jackson was also required to comply with home detention. Based upon the home detention violations, a Petition was submitted to the Court in the Middle District of Florida on December 10, 2019.

On December 31, 2019, Jackson was arrested on the violation of probation warrant. When he was arrested, the defendant was found to be in possession of counterfeit U.S. currency. On January 2, 2020, Jackson had an Initial Appearance hearing to address the violations of probation. He was detained at that hearing. A revocation hearing is pending in the Middle District of Florida.

WHEREFORE, it is prayed that the Clerk issue a Bench Warrant for the arrest of the defendant to bring him before the Court to answer these allegations, and that the Court inquire into the allegations hereinabove set forth to determine whether the Order of Release ought to be revoked.

I declare under penalty of perjury that the foregoing is true and correct, this 23rd day of January 2020.

_____
David W. Simmons
Re-Entry Specialist

Approved by: _____
Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

VS.

NO. 5:19-CR-00045-001 (MTT)

TRANORRIS LAMAR JACKSON

### ORDER

The within and foregoing PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE, having been considered by the Court, is ORDERED filed. It is further ORDERED AND DIRECTED that:

☐ the Clerk shall issue a SUMMONS directing the defendant to appear before the Court and answer said allegations.
-or-
☒ the Clerk shall issue a BENCH WARRANT directing that the defendant be brought before the Court to answer said allegations.

SO ORDERED AND DIRECTED, this 4th day of February, 2020.

CHARLES H. WEIGLE
U.S. MAGISTRATE JUDGE

Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Macon)
# CRIMINAL DOCKET FOR CASE #: 5:19-cr-00045-MTT-CHW-1

| | |
|---|---|
| Case title: UNITED STATES OF AMERICA v. JACKSON et al | Date Filed: 08/14/2019 |
| Other court case number: 8:19-MJ-2115-TJSS Middle District of Florida | |

Assigned to: US DISTRICT JUDGE MARC THOMAS TREADWELL
Referred to: US MAGISTRATE JUDGE CHARLES H WEIGLE

**Defendant (1)**

| | | |
|---|---|---|
| TRANORRIS LAMAR JACKSON | represented by | ASHLEY DEADWYLER-HEUMAN<br>PO BOX 6255<br>MACON, GA 31208<br>478-621-4300<br>Email: ashley@deadwylerlaw.com<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18: 472 and 2: Possession of Counterfeit Federal Reserve Notes<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | represented by | STEVEN CHAMBLESS OUZTS<br>United States Attorney's Office |

P.O. Box 1702
Macon, GA 31202
478-752-3511
Email: Steven.Ouzts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2019 | 1 | **INDICTMENT** as to TRANORRIS LAMAR JACKSON (1) count(s) 1 and JASMENE ZENNE ROYAL (2) count(s) 1. (cma) (Entered: 08/15/2019) |
| 08/22/2019 | 5 | ARREST Warrant as to TRANORRIS LAMAR JACKSON executed on 08/21/2019. (cma) (Entered: 08/22/2019) |
| 08/23/2019 | 6 | NOTICE of DNA Testing as to TRANORRIS LAMAR JACKSON (OUZTS, STEVEN) (Entered: 08/23/2019) |
| 08/27/2019 | 8 | Rule 5 Documents Received as to TRANORRIS LAMAR JACKSON (Attachments: # 1 Clerk's Minutes)(cma) (Additional attachment(s) added on 9/10/2019: # 2 Arrest Affidavit/First Appearance Form, # 3 No Victim Contact Notice, # 4 Fax Transmission, # 5 Cover Letter, # 6 Cover Letter and Receipt, # 7 Envelope, # 8 Envelope) (cma). (Additional attachment(s) added on 9/10/2019: # 9 Order Holding Defendant to Answer and to Appear in District of Prosecution) (cma). (Entered: 08/27/2019) |
| 08/27/2019 | 9 | **ORDER** Setting Conditions of Release as to TRANORRIS LAMAR JACKSON (1) $10,000.00 Unsecured. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 08/22/2019. (cma) (Entered: 08/27/2019) |
| 08/27/2019 | 10 | UNSECURED Bond Entered as to TRANORRIS LAMAR JACKSON in amount of $10,000.00. (cma) (Additional attachment(s) added on 9/10/2019: # 1 Copy of Driver License) (cma). (Entered: 08/27/2019) |
| 08/27/2019 |  | NOTICE OF SETTING HEARING as to TRANORRIS LAMAR JACKSON Arraignment set for 9/4/2019 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE. (cma) (Entered: 08/27/2019) |
| 08/29/2019 | 11 | CJA 23 Financial Affidavit by TRANORRIS LAMAR JACKSON (cma) (Entered: 08/29/2019) |
| 09/03/2019 | 12 | UNOPPOSED MOTION to Continue by TRANORRIS LAMAR JACKSON. (DEADWYLER, ASHLEY) (Entered: 09/03/2019) |
| 09/04/2019 | 13 | This is a text only entry; no document issued. **ORDER** granting 12 Motion to Continue Arraignment as to TRANORRIS LAMAR JACKSON (1) Arraignment RESET for 9/17/2019 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 9/4/2019. (nop) (Entered: 09/04/2019) |
| 09/09/2019 |  | NOTICE OF SETTING HEARING as to TRANORRIS LAMAR JACKSON Arraignment set for 9/17/2019 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE. (cma) (Entered: 09/09/2019) |
| 09/16/2019 |  | NOTICE OF RESETTING HEARING as to TRANORRIS LAMAR JACKSON Arraignment set for 9/25/2019 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE. (cma) (Entered: 09/16/2019) |

| | | |
|---|---|---|
| 09/25/2019 | 14 | **ORDER** appointing Ashley Deadwyler as eVoucher Attorney to represent TRANORRIS LAMAR JACKSON. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 0925/2019. (cma) (Entered: 09/25/2019) |
| 09/25/2019 | 15 | CJA 23 Financial Affidavit by TRANORRIS LAMAR JACKSON (cma) (Entered: 09/25/2019) |
| 09/25/2019 | 16 | Minute Entry for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE:Arraignment held on 9/25/2019 as to TRANORRIS LAMAR JACKSON (1) Count 1, Plea entered by TRANORRIS LAMAR JACKSON (1) Count 1. Not Guilty on counts 1. Conditions of Release from the Middle District of Florida remain in effect.Court Reporter: FTR Gold.Time in Court: 4 minutes. (cma) (Entered: 09/25/2019) |
| 09/25/2019 | 17 | PLEA SHEET as to TRANORRIS LAMAR JACKSON: NOT GUILTY (cma) (Entered: 09/25/2019) |
| 09/25/2019 | 18 | **STANDARD PRETRIAL ORDER** as to TRANORRIS LAMAR JACKSON. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 09/25/2019. (cma) (Entered: 09/25/2019) |
| 09/26/2019 | 20 | **ORDER** SETTING PRETRIAL CONFERENCE as to TRANORRIS LAMAR JACKSON: Pretrial Conference set for 10/17/2019 at 9:30 AM in Macon before US DISTRICT JUDGE MARC THOMAS TREADWELL. **Any party requesting a continuance must do so in writing WITHIN SEVEN (7) days of the date of this order.** Ordered by US DISTRICT JUDGE MARC THOMAS TREADWELL on 9/26/2019. (kat) (Entered: 09/26/2019) |
| 10/02/2019 | 21 | UNOPPOSED MOTION to Continue Trial in the Interest of Justice by TRANORRIS LAMAR JACKSON. (DEADWYLER, ASHLEY) (Entered: 10/02/2019) |
| 10/03/2019 | 22 | **ORDER** granting 21 Motion to Continue Trial in the Interests of Justice from the October term of court in the MACON DIVISION as to TRANORRIS LAMAR JACKSON (1). Ordered by US DISTRICT JUDGE MARC THOMAS TREADWELL on 10/03/2019. (cma) (cma). (Entered: 10/03/2019) |
| 12/05/2019 | 35 | UNOPPOSED MOTION to Modify Conditions of Release by TRANORRIS LAMAR JACKSON. Motion(s) referred to CHARLES H WEIGLE.(DEADWYLER-HEUMAN, ASHLEY) (Entered: 12/05/2019) |
| 12/10/2019 | 36 | **ORDER** SETTING PRETRIAL CONFERENCE as to TRANORRIS LAMAR JACKSON and JASMENE ZENNE ROYAL: Pretrial Conference set for **1/7/2020 at 9:30 AM in Macon before US DISTRICT JUDGE MARC THOMAS TREADWELL. Any party requesting a continuance must do so in writing WITHIN SEVEN (7) days of the date of this order.** Ordered by US DISTRICT JUDGE MARC THOMAS TREADWELL on 12/10/2019. (kat) (Entered: 12/10/2019) |
| 12/12/2019 | 39 | **ORDER** granting 37 Motion to Continue Trial in the Interests of Justice to the March term of court in the MACON DIVISION as to JASMENE ZENNE ROYAL (2) and TRANORRIS LAMAR JACKSON. Ordered by US DISTRICT JUDGE MARC THOMAS TREADWELL on 12/12/2019. (cma) (Entered: 12/16/2019) |
| 12/13/2019 | 38 | **ORDER** granting 35 Motion to Modify Conditions of Release as to TRANORRIS LAMAR JACKSON (1). Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 12/10/2019. (vs) (Entered: 12/13/2019) |
| 01/06/2020 | | NOTICE OF SETTING HEARING as to TRANORRIS LAMAR JACKSON: Change of Plea Hearing set for 1/15/2020 at 9:30 AM in Macon before US DISTRICT JUDGE |

| | | |
|---|---|---|
| | | MARC THOMAS TREADWELL. (kat) (Entered: 01/06/2020) |
| 01/09/2020 | | NOTICE OF RESETTING HEARING as to TRANORRIS LAMAR JACKSON: Change of Plea Hearing PREVIOUSLY set for 1/15/2020 is RESET for 2/5/2020 at 9:30 AM in Macon before US DISTRICT JUDGE MARC THOMAS TREADWELL. (kat) (Entered: 01/09/2020) |
| 01/09/2020 | | NOTICE OF RESETTING HEARING as to TRANORRIS LAMAR JACKSON: Change of Plea Hearing PREVIOUSLY set for 2/5/2020 is RESET for 2/27/2020 at 10:00 AM in Macon before US DISTRICT JUDGE MARC THOMAS TREADWELL. (kat) (Entered: 01/09/2020) |
| 01/23/2020 | 40 | **ORDER** SETTING PRETRIAL CONFERENCE as to TRANORRIS LAMAR JACKSON, JASMENE ZENNE ROYAL: Pretrial Conference set for 2/18/2020 at 9:30 AM in Macon before US DISTRICT JUDGE MARC THOMAS TREADWELL. **Any party requesting a continuance must do so in writing WITHIN SEVEN (7) days of the date of this order.** Ordered by US DISTRICT JUDGE MARC THOMAS TREADWELL on 1/23/2020. (kat) (Entered: 01/23/2020) |
| 01/29/2020 | 42 | **ORDER** granting 41 Motion to Continue Trial in the Interests of Justice. This case is continued from the March term of court to the June term of court in the MACON DIVISION as to JASMENE ZENNE ROYAL (2) and TRANORRIS LAMAR JACKSON (1). Ordered by US DISTRICT JUDGE MARC THOMAS TREADWELL on 01/29/2020. (cma) (Entered: 01/29/2020) |